Ct Criminal Appeals
Austin, Texas                                    13,481-20

In Re: RWayne Johnson                            Writ No-
Relator:                                          13,481-
This document contains some
pages that are of poor quality
at the time of imaging.

RECEIVED IN
COURT OF CRIMINAL APPEALS
JUN 09 2015
Abel Acosta, Clerk

*VS*                                             (3d one-
Denn Whalen (Board Crim Jus (Oliver Bell)         JUDGES)
Dean Rucker, (Regional-                            Appt ATY
    As To Recusals)                                CRIMINAL!

        * Writ of MANDAMUS *
        (Compel Apptmt Counsel)

EN BANC:
1) In Re Bonilla, 424 SW3d 528 (CCA- PRO-
Se MANDAMUS- (denial Access cts)!
See attached: Sought Recusal (10th-
Ector on HABEAS (criminal- (AW) VIA
2014 T+App LEXIS -11746 (7th - (3) JUDGES)
A) Dean Rucker ignored ( Recusal (AW-
only (2) choices: Nordard 991 SW2d 795
(denial due process NOA); "minister-
ial duty- attys criminal law" Culver 105
SW3d 641 (CCA);
B) Rule 18 6 - allowed: Ex Parte Smith 444
SW3d 661-70 - Arold & 53 SW2d 543 -
        (1)

"MINISTERIAL" Bonilla, 424 SW3d 528-33
Bowen 343 SW3d 805+10 (CCA) "EXTANT STATU-
te - constitution , or case law .."
These: 26.04 C.C.P. - 1.051(j) C.C.P. Art 1
Sect 10 TX Const : Lafler, 132 S Ct 1376 - "ALL
stages" Padilla, 130 S Ct 1473, FRYE, 132 S Ct
1399 - Hamlin, 92 S Ct 2006 (all criminal") -
A) ALL Judges must "ENforce U.S. Sup ct
precedents" mandated by article 1, Sect
1 - TX Const.. art 6 oaths..    Bonilla, supra
B) NEW LAW-TX : Warrants MANDAMUS !
                R (CCA) WEEKS, 39 SW3d 77-27
TDCJ disciplinary "CRIMINAL LAW matter
2014 TX App LEXIS -11746.
C) Oliver Bell - See Art 26.051 C.C.P.
"Indigent Inmate Defense : "(d) court
shall i) give notice to TX Board C.J (e):
Board shall provide legal representation
employ attys - Board shall pay all FEES)
(mandatory: 311.016 Gov. Code (shall)..
D) "OUR decisions are Supreme LAW (AND-
Binding on states.." Cooper, 78 S Ct 1401-
1410: (E) " only THis court can OVERR-
ule OUR own cases." Roper, 125 S Ct 1183-
1229- Hatton - # 121 S Ct 1780 -
(2)

Wherefore: Relief (MANDATORY)

1) Force Bell pay costs - provide atty - (for his disciplinary courts - ASAP -)

A) Not Allow "layperson" (psychol8ists- Gerald Grante - to "clear" cases on compentency - Per own T+ TECH rule Com man Health care A08,1(3) "mental health serv PROHIB- ited from clear cases competency" - I:68, (3), - I:71:1(3) - only a Judge" consistent with - Art #6B.006 C.C.P. - (atty) 46C:152 CCP - (Judge) -

(cases he cleared - NO good - 13 yrs here - denial due process. "When not recieve all allowed By state laws" Ross 108 SCt 2273 (statutes cited): NO atty either - Relator conveyed same to Parole Atty Jessica Marsh (AUSTIN) "release him..."

2) court Appt counsel, their is "Pro- Se" criminal - (not allowed - Martmez 120 SCt 684 - (no pro se Appeal - CRIMINAL)

3) Order Bell - Judges Below - issue orders. provide atty - mandatory for "All criminal" (2014 T+ App Lexis 11746) U.S. Sup Ct - Lafler (3) Padilla, FRYE,

3) Order Bell to "Eliminate lengthy reasons (TT Tech - all units) not "clear" cases per own rules — and — 46C.152 C.C.P (JUDGE) atty - 46.B.006 C.C.P - (MANDATORY - 26.051CC P (TT Board shall pay all fees - Employ attys) - or no due process!

4) Order Whalen send writ H. Beas — to this court - criminal law., AS he HAS "Vomited" on Relator - since Sept - 2014 "Ignoring ministerial duties" Even on Recusals — as Rucker has done —

5) ALL other necessary relief to cure illegal defects (denial due process, ATTYs, Judges)

Relator Incompetent - USMC - 1968-n - service - connected - per Records at UNIT!

(Send marines - if necessary)

I declare all is true 28 USC 1746

mailed 6-3-15

VIA indigent - Camp Bell

Respectfully

R Wayne Johnson #382756 - (384RS)

3 20 SW 3 R

"Received"

(4)

Wooden 991/795-

UNio 969/427(74)

MINISt Quty

5/275 / - 994/682

DAVIS 990/445    39/406 (62/225)

MISS- 990/449    837/194

proc-/Jdmt

"Nodis.vio" 333/582

Kuntz-124/179(74)

TO: Dean Rucker 4-59-15
(Midland)

RE: Cause 41-015-A (Ector: 70th)
HABEas Corpus: (Criminal-Law matter
2014 TX APP LEXIS-11746 (me) Good-Time
restore to discharge-sentence (6 months
pending)

Filed motion To Recuse Denn Whalen
the had (2) choices: "PRIOR TO ANY FURT-
her proceedings shall either recuse OR
refer TO YOU - Woodard, 991 SW2d 795-
ministerial. ( TENORED IT!)

I note you direct due to this - YOU can-
be MANDAMISSED.. Get copy of motion
Also..
ministerial duty to Rule: Ramirez,
994 SW2d 682, - Taylor, 39 SW3d 406-
ASAP Action!

R Wayne Johnson

CCFile: In R CHC 331/426
Pro-Bono Rulal PRIS-

Cause No
A-41-015

R Wayne Johnson                    Ector County
 * VS *                            70th District
State of Texas

*Verified*
*Motion For Recusal*

Denn Whalen: (Biased- Prejudiced)

1) Whalen is Biased as enumerated Below: Rule 18b governs recusals; when movant shows a Judges impartiality is in question: he Favors opposing party.

A) Refusal to perform ministerial duty Appoint Atty criminal cases: 26.04 C.C.P. Gonzales, 117 SW3d 831-36

B) Refusal to rule restore all good-Time to release 19yrs late.

C) Allows prose legal work: when HE has to violate State Bar Ausap Rule 5.05

(b) "Lawyer Shall not Assist a non-member in Unauthorized Practical Law..." Rule 3.01 -- 8.101(A), 8.04 See Joe 60 SW 3d 896-901...

D) Pro Se: Crimes: 36.04 Improper Influence 38.12 Barratry:

(1)

E) Allows VOID disciplinaries - AS-NO atty; - AND- Some are crimes - NO Jurisdiction...

F) Castro, 998 SW2d 935 - "Kewas not Advised of his right to AN atty, as Required by statute, - VOID proceedings."

G) Denies due process: "When one does not recieve All allowed By state laws, due process is denied." Ross, 108 SCt 2273

H) Article 1, Section 1 - TX const mandates Adherence to U.S. Supreme court precedents. Eichelberger 582 SW2d 395 (TX)

I) "failure to follow our decisions denies fundamental fairness." Lewis, 105 S ct 915 - Cooper, 97 SCt 1014-32.

J) Whalen violates article 6-oath to be Biased. Cooper 78 SCt 1401-1410 "our decisions Are supreme laws of land. Binding on the states."

K) He has two choices: 1) Recuse self 2) Refer to Region Admin - Judge Dean Rucker

RECEIVED IN
COURT OF CRIMINAL APPEALS
JUN 09 2015
Abel Acosta, Clerk

**FACTS SUPPORTING GROUND TWO:**

I declare All is true: 28 USC 1746

Ray Johnson
836756
9601 Spur 591,
Amarillo, TX 79107-

GROUND TWO

(2)